# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **STEPHANIE NIGHTINGALE** | : | Case No.: 3:22-cv-32 |
| | : | |
| Plaintiff, | : | Judge Michael J. Newman |
| | : | |
| v | : | |
| | : | |
| **ALTERNATE SOLUTIONS HEALTH NETWORK** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Stephanie Nightingale and Defendant Alternate Solutions Health Network that Plaintiff's claims against Defendant in the above-referenced matter are hereby dismissed with prejudice. All parties shall bear their respective costs and attorneys' fees.

| | |
|---|---|
| /s/ Angela J. Gibson | /s/ Steven E. Seasly (*per email authorization*) |
| Angela J. Gibson (0080928) | Steven E. Seasly (0070536) |
| **Gibson Law, LLC** | **Hahn Loeser & Parks LLP** |
| 9200 Montgomery Road, Suite 11A | 200 Public Square, Suite 2800 |
| Cincinnati, Ohio 45242 | Cleveland, OH 44114 |
| [T]: (513) 834-8254 | [T]: (216) 274-2234 |
| Email: angela@gibsonemploymentlaw.com | Email: sseasly@hahnlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 7th day of July 2022.

/s/ Angela J. Gibson
Angela J. Gibson (0080928)